## UNITED STATES DISTRICT COUT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 11-00169 (WJM) |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | **ORDER FOR MODIFICATION** |
| BRUCE KERNAN, | : | **CONDITIONS OF BAIL** |
| | : | |
| Defendant. | : | |
| | : | |

**THIS MATTER** having come before the Court on the application of defendant Bruce Kernan (by Stacy Ann Biancamano, Arleo, Donohue & Biancamano, L.L.C.) for modification of the conditions of bail; and the United States (by John Gay, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services (by Andrew Dziopa, United States Pretrial Services) taking no position thereto; and for good cause shown;

**IT IS** on this ⟋⟍ day of September, 2012;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. Mr. Kernan be permitted to travel to Toyko, Japan from October 4, 2012 to October 19, 2012 to visit his wife's family.

2. Pretrial services to return Mr. Kernan's passport to allow his travel.

3. Mr. Kernan to surrender it back to pretrial upon his return.

4. All other conditions previously imposed shall remain in effect.

_____
Honorable Dennis M. Cavanaugh,
United States District Judge